UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CARVETTA MYLES** | **CASE NO. 2:20-CV-01126** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SERVICE COMPANIES INC** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Partial Motion to Dismiss Pursuant to Fed.R.Civ.P.12(B)(6) (Doc. 5) is hereby **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 23rd day of February, 2021.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE